UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Amanda Carpenter v. Bayer Corporation, et al.* No. 09-cv-10009-DRH

*Jennifer Chase v. Bayer Corporation, et al.* No. 10-cv-12361-DRH

*Katrina Pendleton v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 11-cv-13046-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 12, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.06.15 11:23:33 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT